**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Amie Lynn NIETO, Defendant–
Appellant.**

No. 04–6655.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2004.

Decided: Aug. 18, 2004.

Amie Lynn Nieto, Appellant pro se.

Joseph Evan DePadilla, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Remanded by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Amie Lynn Nieto seeks to appeal the district court's order denying her 28 U.S.C. § 2255 (2000) motion. The notice of appeal was received in the district court shortly after expiration of the appeal period. Under Fed. R.App. P. 4(c)(1) and *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), the notice is considered filed as of the date Nieto properly delivered it to prison officials for mailing to the court. The record does not reveal if or when Nieto complied with the requirements of Fed. R.App. P. 4(c)(1). Accordingly, we remand the case for the district court to obtain this information from the parties and to determine whether the filing was timely under Fed. R.App. P. 4(c)(1) and *Houston v. Lack.* The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED*